**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 364 EAL 2019

           Respondent               :

                                 :   Petition for Allowance of Appeal
                                 :   from the Order of the Superior Court

           v.                        :

                                 :

ANDRE F. COLON,                 :

                                 :

            Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 7th day of January, 2020, the Petition for Allowance of Appeal is **DENIED**.